UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH R ARONSON,

    Petitioner,

v.

JEFFREY A. UTTECHT,

    Respondent.

CASE NO. 3:19-cv-05463-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 19), Petitioner's Objections to the Report and Recommendation (Dkt. 20), and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The Petition is dismissed without prejudice.

(3)     A certificate of appealability is denied.

**DATED** this 14th day of February, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1